EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 01 2005

at __ o'clock and __ min. __M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00217 |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 846 & 841(a)(1)] |
| HUGO SERNA, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

From a time unknown but by on or about May 8, 2005, and continuing to at least May 11, 2005, in the District of Hawaii and elsewhere, HUGO SERNA, defendant herein, willfully conspired together with Andrea "Doe" (a co-conspirator but not a defendant herein whose true name is known to the Grand Jury), and with other persons, to distribute and to possess with intent to

distribute in excess of 500 grams, to wit approximately 1299.6 grams, of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers (a Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1).

It was the objective of this conspiracy that pound quantities of methamphetamine would be distributed in Hawaii. It was also an objective of this conspiracy that monetary drug proceeds, obtained from the unlawful distribution of methamphetamine, would be received in Hawaii.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

DATED: 1 June, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Drug Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney

United States v. Hugo Serna
Cr. No.
"Indictment"