# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00217DAE |
| CASE NAME: | USA v. Hugo Serna |
| ATTYS FOR PLA: | Louis Bracco |
| ATTYS FOR DEFT: | Robert Lyons<br>Richard Gronna |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/15/2006 | TIME: | 2:32-2:50:52pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 8/21/06 at 2:15 p.m. before Judge Ezra.

The following dates are hereby vacated:
2/21/06, 10:00am, Final Pretrial Conference, Judge Chang
3/21/06, 9:00am, Jury Trial, Judge Ezra

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager