EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 5 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>           Plaintiff,               )<br>                                    )<br>    vs.                             )<br>                                    )<br> HUGO SERNA,                        )<br>                                    )<br>           Defendant.               )<br>                                    )<br>                                    )<br>_____) | CR. NO. 05-00217 DAE<br><br>CONSENT TO RULE 11 PLEA IN A<br>FELONY CASE BEFORE UNITED<br>STATES MAGISTRATE JUDGE<br><br><br>DATE: February 15, 2006<br>TIME: 2:30 p.m.<br>JUDGE: Kevin S.C. Chang |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty in the above case, and I

request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: February 15, 2006, at Honolulu, Hawaii.

_____
HUGO SERNA
Defendant

_____
ROBERT W. LYONS
RICHARD D. GRONNA
Attorneys for Defendant
HUGO SERNA

APPROVED:

_____
LOUIS A. BRACCO
Assistant U.S. Attorney

USA v. Hugo Serna
Cr. No. 05-00217 DAE
"Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge"