EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00217 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| HUGO SERNA, | ) | |
| | ) | DATE:  August 21, 2006 |
| Defendant. | ) | TIME:  2:15 p.m. |
| | ) | JUDGE:  David A. Ezra |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

A.  Introduction

Defendant HUGO SERNA ("Serna") appears before this Court for sentencing based upon his guilty plea.  On February 15, 2006, Defendant Serna pled guilty to conspiracy to

distribute/possess with intent to distribute in excess of 500 grams of a methamphetamine mixture in violation of 21 U.S.C. §§ 841(a)(1) and 846.

B.  Discussion

Government counsel has reviewed the draft Presentence Report prepared by U.S. Probation Officer Roy Kawamoto dated June 16, 2006.  We agree with the factual information[1] contained in the Presentence Report, as well as the calculation of the base offense level (level 36) and the total adjusted offense level (level 33).

We also agree with the determination that the Defendant's Criminal History Category is IV, and that the advisory Guideline range for imprisonment is 188-235 months.  A 10-year statutory mandatory minimum term also applies.

C.  Forfeitures

No criminal forfeitures are involved in this prosecution.

D.  Motion for One-Level "Super Acceptance Credit Pursuant to Guideline § 3E1.1(b)(2)

The United States Attorney acknowledges that the Defendant's agreement to plead guilty and entry of guilty plea

---

[1]  The cover sheet of the draft Presentence Report incorrectly indicates that attorney Richard Gronna is CJA counsel for Defendant Serna.  Mainland attorney Robert W. Lyons is Defendant Serna's retained attorney; Mr. Gronna is currently acting as local counsel only.

were noticed in a timely manner, so as to permit the Government to avoid preparing for trial as to the Defendant.  Accordingly, we herein move for a one-level reduction in sentencing offense level pursuant to Guideline § 3E1.1(b)(2), as the Defendant appears eligible for this benefit.  (PSR ¶ 24 has already credited the Defendant with this one-level reduction.)

        DATED: June 19, 2006, at Honolulu, Hawaii.

                Respectfully submitted,

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                By /s/ Louis A. Bracco
                  LOUIS A. BRACCO
                  Assistant U. S. Attorney

                Attorneys for Plaintiff
                UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Robert W. Lyons, Esq.<br>Law Offices of Robert W. Lyons<br>295 West Winton Avenue<br>Hayward, California 94544 | June 20, 2006 |

Attorney for Defendant HUGO SERNA

| | |
|---|---|
| Richard D. Gronna, Esq.<br>Haseko Center<br>820 Mililani St Ste 812<br>Honolulu, HI 96813 | June 20, 2006 |

Local counsel for Defendant HUGO SERNA

Served by hand-delivery:

| | |
|---|---|
| Roy Kawamoto<br>United States Probation Office<br>U.S. Courthouse, Room C-110<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850 | June 20, 2006 |

DATED: June 20, 2006, at Honolulu, Hawaii.

/s/ Shelli Ann H. Mizukami