RICHARD D. GRONNA #5391
Attorney at Law
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone 808 523-2441
Facsimilie 808 5214800
Email: rgronna@hawaii.rr.com

Attorney for Defendant
HUGO SERNA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00217 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING |
| vs. | ) |
| | ) NEW SENTENCING DATE: |
| HUGO SERNA, | ) January 16, 2007 |
| | ) TIME 1:30 p.m. |
| Defendant | ) JUDGE DAVID ALAN EZRA |
| | ) |

STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between the Plaintiff, United States of America by its Assistant United States Attorney Louis Brocco, Esq., and Defendant HUGO SERNA, by his attorney Richard D. Gronna, that the Sentencing hearing presently scheduled for August 21, 2006 at 2:00 p.m. be continued to January 15, 2007, at 1:30 p.m.

IT IS SO STIPULATED.

Dated: Honolulu, Hawaii, July 24, 2007.

_____
LOUIS BRACCO
Assistant United States Attorney

_____
RICHARD D. GRONNA
Attorney for Defendant
HUGO SERNA


APPROVED AND SO ORDERED:

Dated:  Honolulu, Hawaii,  AUG 1 4 2006

_____
DAVID ALAN EZRA
United States District Judge


U.S.A. vs. HUGO SERNA, Cr. No. 05-00217 DAE; Stipulation and
Order to Continue Sentencing

- 2 -