ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 9 2007

at __ o'clock and __ min. __
SUE BEITIA, CLERK

1  ROBERT W. LYONS (CABN 45548)
   IRVIN L. SIMONS (CABN 182082)
2
   LAW OFFICES OF ROBERT W. LYONS
3  295 WEST WINTON AVENUE
   HAYWARD, CA 94544
4  Telephone: 510-782-6161
   Facsimile: 510-782-3519
5
   Attorneys for Defendant
6

LODGED

JAN 16 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF HAWAII
9

10
   UNITED STATES OF AMERICA,              Case No.: CR 05-00217DAE-01
11
           Plaintiff,                     STIPULATION AND ORDER
12                                        RESCHEDULING SENTENCING HEARING
       vs.
13
   HUGO SERNA,
14
           Defendant.
15

16  IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

17  ordered, that the defendant's sentencing hearing, currently scheduled for January 16, 2007 at

18  1:30 p.m. be continued and a new sentencing hearing date of Monday, April 9, 2007 at 1:30 p.m.

19  is hereby set. The reason for this stipulation is because defense counsel has attempted to obtain

20  the defendant's prior information, including a probation report from the Superior Court of

21  California, County of Santa Clara Case No. 18801 and C9949338. The court would not release

22  these reports until a judge signed an order directing them to unseal the confidential information.

23  We are still awaiting the signed order from the judge to obtain these records, in order for defense

24  counsel to prepare the objections to the pre-sentence report. In addition, defense counsel has

25  discussed the further possibility of a 5k with Louis A. Bracco, Assistant United States Attorney.

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING - 1

1  It is so stipulated.

2  Dated:

        _____
        LOUIS A. BRACCO
3       Assistant United States Attorney

4  It is so stipulated.

        _____
5  Dated: 1-8-07
        ROBERT W. LYONS
6       Attorney for Defendant

        _____
7       RICHARD GRONNA
8       Local Counsel

9  It is so ORDERED:

10 Dated:
        _____
        DAVID ALAN EZRA
11      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING - 2