ORIGINAL

LODGED

RICHARD D. GRONNA #5391
Attorney at Law
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone 808 523-2444
Facsimilie 808 5214800
Email: rgronna@hawaii.rr.com

Attorney for Defendant
HUGO SERNA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 28 2007

at 2 o'clock and 06 min. P M.
SUE BEITIA, CLERK

NOV 28 2007
10:23 A
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00217 DAE |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE SENTENCING |
| HUGO SERNA, | ) NEW SENTENCING DATE: |
| Defendant | ) February 11, 2008 |
| | ) TIME 11:15 a.m. |
| | ) JUDGE DAVID ALAN EZRA |

STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between the Plaintiff, United States of America by its Assistant United States Attorney Louis Brocco, Esq., and Defendant HUGO SERNA, by his attorneys Robert Lyons and Richard D. Gronna, that the Sentencing hearing presently scheduled for December 10, 2006 at 2:00 p.m. be continued to February 11, 2008, at 11:15 a.m.

IT IS SO STIPULATED.

Dated: Honolulu, Hawaii, November 21, 2007

_____
~~LOUIS~~ BROCCO
Assistant United States Attorney

_____
RICHARD D. GRONNA
Attorney for Defendant
HUGO SERNA


APPROVED AND SO ORDERED:

Dated:  Honolulu, Hawaii, _____

_____
DAVID ALAN EZRA
United States District Judge


U.S.A. vs. HUGO SERNA, Cr. No. 05-00217 DAE; Stipulation and Order to Continue Sentencing