EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00217 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING DATE AND ORDER |
| vs. | ) | |
| | ) | |
| HUGO SERNA, | ) | |
| | ) | |
| Defendant. | ) | Old Sentencing Date: 4/14/08 |
| | ) | New Sentencing Date: 4/25/08 |
| _____ | ) | |

STIPULATION TO CONTINUE SENTENCING DATE AND ORDER

    IT IS HEREBY STIPULATED by and between Plaintiff UNITED

STATES OF AMERICA and Defendant HUGO SERNA, through their

respective undersigned counsel, that the sentencing date for

Defendant SERNA be continued from April 14, 2008 to April 25, 2008, at 1:30 p.m. before the Honorable David A. Ezra.

DATED: April 1, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Louis A. Bracco
   LOUIS A. BRACCO
   Assistant U. S. Attorney

/s/ Robert W. Lyons
ROBERT W. LYONS
Attorney for Defendant
 HUGO SERNA

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, April 7, 2008.

_____
David Alan Ezra
United States District Judge

USA v. Hugo Serna
Cr. No. 05-00217 DAE
"Stipulation to Continue Sentencing Date and Order"